Santos De Jesus Henriquez
PARADA, Petitioner,

v.

U.S. IMMIGRATION & NATURALIZATION SERVICE; John Ashcroft, Attorney General, Respondents.

No. 97–2725.

United States Court of Appeals,
Fourth Circuit.

Submitted March 18, 2003.

Decided April 28, 2003.

Charles D. Yates, Rockville, Maryland, for Petitioner. Robert D. McCallum, Jr., Assistant Attorney General, Julia K. Doig, Senior Litigation Counsel, Francesco Isgro, Senior Litigation Counsel, Office of Immigration Litigation, Civil Division, United States Department of Justice, Washington, D.C., for Respondents.

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Santos de Jesus Henriquez Parada seeks review of the Board of Immigration Appeals' ("Board") decision and order dismissing his appeal from the immigration judge's order finding him deportable and denying his application for adjustment of status. We have reviewed the administrative record and the Board's decision and find no reversible error. Accordingly, we deny the petition for review substantially on the reasoning of the Board. *See Henriquez Parada v. INS,* No. A28–073–338

(B.I.A. Nov. 19, 1997).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*

---

* Because we find that the Board properly found Henriquez Parada to be deportable for failure to show that he applied for and received consent to reenter the United States after his prior deportation, we decline to

reach the issue of whether the Board properly found that Henriquez Parada was also deportable on the ground that he lacked a valid immigrant visa.